UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.W.,<br><br>           Plaintiff,<br><br>   v.<br><br>AIRBNB, INC.,<br><br>           Defendant. | Case No. 24-cv-01770-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

B.W., a minor proceeding through his parent as a next friend, sues Airbnb for negligence in connection with carbon monoxide poisoning he suffered while staying at a vacation rental. He alleges that "[v]enue is proper in this District pursuant to 28 U.S.C. [§] 1391(b)(3) because Defendant Airbnb, Inc.'s principal place of business is in San Francisco, California, and it is subject to the Court's personal jurisdiction with respect to this action." ECF 1 ("Compl.") ¶ 19. However, the events giving rise to this lawsuit occurred in Santa Fe, New Mexico. *Id.* ¶ 50. In addition, B.W. is a Montana citizen. *Id.* ¶ 1. Accordingly, by no later than October 25, 2024, B.W. shall file a brief, of no more than 5 pages, explaining why this case should not be transferred to the United States District Court for the District of New Mexico pursuant to 28 U.S.C. § 1404(a), which provides that a court may transfer a civil action to any other district "[f]or the convenience of parties and witnesses [and] in the interest of justice." Airbnb may also file a brief, of no more than 5 pages, by that date. Any factual contentions made in the briefing must be supported by declarations or other references to the record in compliance with Civil Local Rule 7-5. Each side may file no more than 5 pages of supporting declarations. Should the parties reach an agreement regarding transfer, they may file a stipulation to transfer the case in lieu of the required briefing.

       The October 24, 2024 hearing on the pending motion to dismiss is **VACATED**. The

hearing will be re-set, if necessary, following resolution of the transfer issue.

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**